**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 09-cr-00501-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ED SOOKIAS,

    Defendant.

---

## ORDER VACATING WARRANT AND TERMINATING SUPERVISION

---

    The Court, having been notified by the probation officer of the Defendant's death, hereby

    ORDERS that the petition for violation of supervised release and arrest warrant, filed December 21, 2010, be vacated, and the term of supervised release be terminated.

    DATED at Denver, Colorado, this <u>9th</u> day of March, 2012.

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge